The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

SBC Technology Resources, Inc.

**DEFENDANTS**

Inrange Technologies Corp., Eclipsys Corp. and Resource Bancshares Mortgage Group, Inc

(b) County of Residence of First Listed Plaintiff __Travis__
(EXCEPT IN U S PLAINTIFF CASES)

County of Residence of First Listed Defendant __New Jersey__
(IN U S PLAINTIFF CASES ONLY)
NOTE. IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number)

Joe Kendall (214) 744-3000
Provost Umphrey
3232 McKinney Ave, Dallas TX 75204

Attorneys (If Known)

**303-CV-418-N**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- X 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | X 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENAL | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | X 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | X 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- X 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U S Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity)

Patent case 35 USC 271

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F R C P 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: X Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 2/27/03
SIGNATURE OF ATTORNEY OF RECORD Joe Kendall

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUN _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____



ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SBC TECHNOLOGY RESOURCES, INC., <br><br>Plaintiff,<br><br>v.<br><br>INRANGE TECHNOLOGIES CORP., ECLIPSYS CORP.; AND RESOURCE BANCSHARES MORTGAGE GROUP, INC.,<br><br>Defendants. | 303-CV-418-N<br><br>CIVIL NO. _____-__<br><br>JURY TRIAL DEMANDED |

## COMPLAINT FOR PATENT INFRINGEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff SBC Technology Resources, Inc. ("SBC") for its Complaint against Defendants INRANGE Technologies Corporation ("INRANGE"), Eclipsys Corporation ("Eclipsys"), and Resource Bancshares Mortgage Group, Inc. ("RBMG") alleges:

### THE PARTIES

1. SBC is a corporation duly organized and existing under the laws of the state of Delaware, having a principal place of business at 6500 River Place Boulevard, Austin, Texas 78730. SBC is a provider of telecommunications services in 13 states, including the State of Texas and the Northern District of Texas.

2. INRANGE is a corporation duly organized and existing under the laws of the state of Delaware, and having a principal place of business at 100 Mount Holly By-Pass, Lumberton, New Jersey 08048. INRANGE may be served by serving its registered agent in Texas, C.T. Corporation System, 350 N. St. Paul, Dallas, Texas 75201.

COMPLAINT FOR PATENT INFRINGEMENT – Page 1

3. Eclipsys is a corporation duly organized and existing under the laws of the state of Delaware, and having a principal place of business at 777 East Atlantic Avenue, Suite 200, Delray Beach, Florida 33483. Eclipsys may be served by serving its registered agent in Florida, C.T. Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324.

4. RBMG, Inc. is a corporation duly organized and existing under the laws of the state of Delaware, having a principal place of business at 9710 Two Notch Road, Columbia, South Carolina 29223. RBMG may be served by serving its registered agent in South Carolina, C.T. Corporation System, 75 Beattie Place, Greenville, South Carolina 29601.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. § 271 *et seq*.

6. The Court has personal jurisdiction over defendants INRANGE, Eclipsys, and RBMG in that defendants have established minimum contacts with the forum and the exercise of jurisdiction over defendants would not offend traditional notions of fair play and substantial justice.

7. On information and belief, each defendant conducts business within the State of Texas and the Northern District of Texas. INRANGE sells computer and data processing equipment and services in this district. Eclipsys has a place of business at 6330 Commerce Drive, Irving, Texas 75063, and sells software products in this district. RBMG does business in this district, including selling mortgages and other financial products. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(b).

## INFRINGEMENT OF U.S. PATENT NO. 5,530,845

8. On June 25, 1996, United States Patent No. 5,530,845 ("the '845 patent") was duly and legally issued for an invention entitled "Storage Control Subsystem Implemented With An Application Program On A Computer." SBC was assigned the '845 patent and SBC continues to hold all rights and interest in the '845 patent. A true and correct copy of the '845 patent is attached hereto as Exhibit A.

9. Upon information and belief, defendant INRANGE is infringing the '845 patent by manufacturing and selling storage area networking equipment, including Fibre Channel directors and switches, for use in storage networks that embody the patented inventions claimed in the '845 patent without authority. Defendants Eclipsys and RBMG have infringed and continue to infringe the '845 patent through their use of storage area network equipment, including hardware and software, and the practice of the methods claimed in the '845 patent. Defendants are liable for infringement of the '845 patent pursuant to 35 U.S.C. § 271.

10. The Defendants are actively, intentionally, and/or knowingly inducing or contributing to this infringement of the '845 patent by others.

11. Defendants' acts of infringement have caused damage to SBC, and SBC is entitled to recover from Defendants the damages sustained by SBC as a result of Defendants' wrongful acts in an amount subject to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, SBC prays for judgment and seeks relief against Defendants as follows:

A. For the judgment that the '845 patent has been and continues to be infringed by the Defendants;

B.  For an accounting of all damages sustained by SBC as a result of Defendants' acts of infringement;

C.  For actual damages together with prejudgment interest, according to proof;

D.  For an award of attorney's fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law;

E.  For all costs of suit; and

F.  For such other and further relief as the Court may deem just and proper.

<u>**COMPLAINT FOR PATENT INFRINGEMENT**</u> – **Page 4**

Dated: February __, 2003

Respectfully submitted,

PROVOST UMPHREY, L.L.P.

By: _____Joe Kendall_____ by permission DB
Joe Kendall
Attorney-in-Charge
Texas Bar No. 11260700
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
(214) 744-3000 telephone
(214) 744-3015 facsimile

FISH & RICHARDSON P.C.

Thomas M. Melsheimer
Texas Bar No. 13922550
Matthew E. Yarbrough
Texas Bar No. 00789741
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 telephone
(214) 747-2091 facsimile

OF COUNSEL:

Ruffin B. Cordell
Joseph V. Colaianni, Jr.
Fish & Richardson P.C.
601 Thirteenth Street, NW
Washington, DC 20005
(202) 783-5070 telephone
(202) 783-2331 facsimile

Counsel for Plaintiff
SBC TECHNOLOGY RESOURCES, INC.