Case 3:03-cv-00418-N   Document 132   Filed 03/23/05   Page 1 of 2   PageID 2547

**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 23 2005

| | |
|---|---|
| SBC TECHNOLOGY RESOURCES, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> vs. ) <br> ) <br> INRANGE TECHNOLOGIES CORP., ) <br> ECLIPSYS CORP., and ) <br> RESOURCE BANCSHARES ) <br> MORTGAGE GROUP, INC., ) <br> ) <br> *Defendants*. ) <br> ) | HONORABLE <u>David C. Godbey</u> <br><br> CIVIL ACTION NO. <u>3:03-CV-418-N</u> |

# PLAINTIFF SBC'S RESPONSE TO DEFENDANT INRANGE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel (248) 358-4400
Fax (248) 358-3351

www.brookskushman.com

Pursuant to Local Rule 56.4, SBC opposes Inrange's Motion for Summary Judgment of Non-infringement on the ground that Inrange is relying on claim limitations that are not found in the asserted claims. Further, the testimony of Dr. Andrew Hospodor creates a genuine issue of material fact on infringement. SBC's Brief in Opposition to Inrange's Motion for Summary Judgment of Non-infringement further sets forth the legal and factual grounds on which SBC opposes Inrange's motion.

Respectfully submitted,

By: _____
Ernie L. Brooks
Thomas A. Lewry
Frank A. Angileri
Mark D. Chuey
Brooks Kushman P.C.
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400; Fax: (248) 358-3351

Hon. Joe Kendall
Provost Umphrey, L.L.P.
Attorney-in-Charge
Texas State Bar No. 11260700
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Tel: (214) 744-3000; Fax: (214) 744-3015

*Attorneys for Plaintiff SBC Technology Resources*

Dated: **March 23, 2005**


Brooks Kushman P.C.
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel (248) 358-4400
Fax (248) 358-3351

www.brookskushman.com