ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

APR - 4 2005

| | | |
|---|---|---|
| SBC TECHNOLOGY RESOURCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | HONORABLE David C. Godbey |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 303-CV-418-N |
| | ) | |
| INRANGE TECHNOLOGIES CORP.; | ) | |
| ECLIPSYS CORP.; and | ) | |
| RESOURCE BANCSHARES | ) | |
| MORTGAGE GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### INRANGE TECHNOLOGIES CORP.'S WITNESS LIST

TO THE HONORABLE DISTRICT JUDGE DAVID C. GODBEY:

Defendant, INRANGE TECHNOLOGIES CORPORATION ("Inrange"), pursuant to the Court's Scheduling Order dated August 6, 2003, submits this Witness List. Inrange anticipates it will call the following individuals to testify live at trial in this case. Where witnesses are expected to testify by deposition, Inrange's pertinent designations can be found it its contemporaneously filed Trial Deposition Designations.

1. Larry Cantwell

*Employee of Defendant. Currently serves as Director, Storage Network Solution Platform Development at Computer Network Technology Corporation. Mr. Cantwell will testify*

*regarding: (i) the development, design, use, and marketing of the accused Inrange FC/9000 product and predecessor switching technologies of both Inrange and other companies; (ii) the storage area network market and market participants; (iii) the nature and extent of defendant's business and technical relationship with its business partners and with industry standards groups; and (iv) the use of marketing and technical literature developed by Inrange for the FC/9000 product. Expected time for direct examination: 2 hours.*

2. Nicholas Hannon

*Employee of Defendant. Currently serves as Senior Director, Storage Network Solution Product Management at Computer Network Technology Corporation. Mr. Hannon will testify regarding (i) his involvement in engineering activities related to the Inrange FC/9000 product; (ii) the sale and marketing of Inrange switch products; (iii) the use of marketing and technical sales literature developed by Inrange for the FC/9000 product; and (iv) the manner in which defendant has acted to meet the needs of the storage area network marketplace. Expected time for direct examination: 1 hour.*

3. Catharine M. Lawton

*Defendant's expert witness on damages. Ms. Lawton's opinion is that there are substantial errors in the analysis and opinion of Mr. Rappaport's damages analysis, and if asked to assume claim 1 and claim 34 of the 5,530,845 patent are valid and infringed, the parties would have negotiated a royalty of no more than $750,000. Ms. Lawton will testify regarding: 1) the materials reviewed for her analysis; 2) assumptions made in her analysis; 3) her methodology; 4) specific errors in Mr. Rappaport's damages analysis; 5) SBC's efforts to commercialize the*

*invention; 6) Inrange's ability to adopt and alternative to the accused design of the FC/9000 product; and 7) an analysis of the Georgia Pacific factors considered in reaching her opinion regarding Mr. Rappaport's damages analysis. Expected time for direct examination: 4 hours.*

4. Harry V. Paul

*Employee of Defendant. Currently serves as Chief Systems Architect for switching products at Computer Network Technology Corporation. Mr. Paul will testify regarding: (i) how storage area network technology topologies work; (ii) how such storage area network technology and topologies were developed over time; and (iii) the development, design and use of the accused Inrange FC/9000 product and predecessor switching technologies of both Inrange and other companies. Expected time for direct examination: 3 hours.*

5. Robert D. Young

*Defendant's expert witness on infringement. Mr. Young will testify regarding what data storage is, how storage controllers work, what Storage Area Networks are and how the Inrange FC/9000 works. Mr. Young's opinion is that the accused Inrange FC/9000 product does infringe claim 1 or claim 34 of the 5,530,845 patent. He will testify that the accused FC/9000 does not practice all elements of the claim in issue because: 1) the FC/9000 is not a storage controller; 2) the FC/9000 does not interface to "target units"; 3) the FC/9000 does not translate request information; 4) the FC/9000 does not translate address information; 5) the FC/9000 does not emulate a target unit specific storage controller; and 6) the FC/9000 does not constitute or use a general purpose computer, and it is not implemented with application programs on a general purpose computer. Mr. Young will testify there were alternative architectures available for the*

*Inrange FC/9000 at the time it was introduced and that the '845 patent does not teach Storage Area Networking. Expected time for direct examination: 4 hours.*

Inrange anticipates it may call the following individuals to testify live at trial in this case.

1. Harlie Frost

Employee of Plaintiff. Mr. Frost is expected to testify regarding (i) efforts to license the '845 patent; (ii) analysis of the Storage Area Network market in 1999-2001; (iii) economic value or valuation(s) of the '845 patent; and (iv) if Defendant's Motion to Exclude Evidence of an SBC-Eclipsys Settlement and to Strike Opinion Testimony of Irving Rappaport, Esq. is not granted, the background, negotiation, terms and effect of the SBC-Eclipsys settlement.

2. The representative designated by SBC Services in response to a Subpoena: yet to be determined.

3. Any other witnesses needed for rebuttal or impeachment of SBC's witnesses, testimony and evidence.

Respectfully submitted,

**INRANGE TECHNOLOGIES CORP.**

Dated: April 4, 2005

By: /Kevin D. Conneely/ by permission Eric D. Madden
Kevin D. Conneely (MN Bar No. 192703) #240l3079
Douglas B. Greenswag (MN Bar No. 150186)
David D. Axtell (MN Bar No. 314596)

Gabriel K. Holloway (MN Bar No. 320778)
Admitted Pro Hac Vice

LEONARD, STREET & DEINARD
Professional Association
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Tel:    (612) 335-1500
Fax:   (612) 335-1657

AND

William T. Reid, IV
DIAMOND, MCCARTHY, TAYLOR, FINLEY,
BRYANT & LEE, LLP
6504 Bridge Point Parkway
Suite 400
Austin, TX 78730
Tel:    (512) 617-5205
Fax:   (512) 617-5299

AND

J. Benjamin King
Eric D. Madden
DIAMOND MCCARTHY, TAYLOR, FINLEY,
BRYANT & LEE, LLP
Renaissance Tower
1201 Elm Street, 34th Floor
Dallas, TX 75270
Tel:    (214) 389-5300
Fax:   (214) 389-5399

*Attorneys for InRange Technologies Corporation*